IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID E. SIDELINGER,  :
    Plaintiff  :
      :
vs.  :  Civil Action 02-62 E
      :
HARBOR CREEK SCHOOL DISTRICT,  :
    Defendant  :

## AMENDED PRETRIAL NARRATIVE STATEMENT
## OF PLAINTIFF DAVID E. SIDELINGER

Plaintiff, David E. Sidelinger, by his undersigned counsel, respectfully amends and supplements his pretrial narrative statement, as follows:

**WITNESS LIST**

The following witnesses may be called at time of trial to offer expert testimony on the issue of damages, including the implication of negative tax consequences:

    Daniel E. Sloppy, CPA, CVA, MBA
    Schaffner, Knight & Minnaugh Company, P.C.
    1001 State Street, Suite 1300
    Erie, Pennsylvania 16501
    814-454-1997

    James A. Schaffner, CPA, CVA
    Schaffner, Knight & Minnaugh Company, P.C.
    1001 State Street, Suite 1300
    Erie, Pennsylvania 16501
    814-454-1997

**EXPERT REPORT**

The expert report prepared by Schaffner, Knight & Minnaugh is attached hereto.

Respectfully submitted,

Dated: January 5, 2006

KUBINSKI, SUSKO & SCHONTHALER

By: *Paul J Susko*
Paul J. Susko, Esq.
Pennsylvania I.D. No. 25995
135 East 6th Street
Erie, Pennsylvania 16501
Telephone: (814) 455-7612

Counsel for Plaintiff

2