# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

January 10, 2006

Paul J. Susko, Esquire

Mark J. Kuhar, Esquire

    Re:  Sidelinger v. Harbor Creek School District, et al.
           Civil Action No. 02-62-E

Dear Counsel:

    Please be advised that a Pretrial Conference is scheduled in the above captioned matter on **Tuesday, January 24, 2006,** at **10:00 a.m.** before Judge Maurice B. Cohill, Jr., in the Federal Courthouse, Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                    Very truly yours,

                                    <u>s/Karen M. Wilson</u>
                                    Administrative Assistant to
                                    Judge Maurice B. Cohill, Jr.