IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID E. SIDELINGER )
)
vs. )   Civ. No. 02-62 Erie
HARBOR CREEK School District )
)
Defendants )

HEARING ON _Pretrial Conference_

Before _Judge Cohill_

PAUL SUSKO — Appear for Plaintiff

MARK KUHAR — Appear for Defendant

Hearing Begun   10:00 a.
Hrg Adjourned to
Hrg concluded C.A.V.   11:00 a.
Stenographer   DeeDee Grill

WITNESSES
For Plaintiff         For Defendant

No possibility of settlement.
Potential trial dates are either
(1) MARCH 20, 2006 or (2) April 24, 2006. Counsel will let Court know.
Ruling on Defendant's Motion in Limine (DOC. 75) GRANTED as to EEOC's Letter 8/30/01,
it is Ruled out. GRANTED as to PA Dept of Educ. Letter 6/28/2000, not relevant.
Plaintiff's Motion in Limine (DOC. 79) deferred ruling on Roman Catholic Priests until
time of trial. MILTO Keep out testimony of Heather Willey (DOCS. 79 & 80) — defer ruling. MIL to keep out expert (DOC. 81) defer.
Def. will provide Transcript of Expert for Judge to Rule on.

Proposed Findings of Facts + Conclusions of Law due 1 week before trial.