IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID E. SIDELINGER,                )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )   Civil Action No. 02-62-E
                                    )
HARBOR CREEK SCHOOL DISTRICT,       )
et al.,                             )
                                    )
          Defendants.               )

O R D E R

AND NOW, this 25th day of January, 2006, IT IS HEREBY ORDERED that the trial of the above captioned matter will commence on either March 20, 2006, or April 24, 2006. Counsel shall notify the Court by no later than January 30, 2006, of the date agreed upon by council to commence trial. Prior to the commencement of trial, a conference of counsel shall be held with the Court in chambers at 10:00 a.m. The trial will commence immediately following the conference.

IT IS FURTHER ORDERED that Defendants' Motion in Limine (document No. 75) is GRANTED. The Court defers ruling on Plaintiff's Motion in Limine (document No. 79), Plaintiff's Motion in Limine (document No. 80), and Plaintiff's Motion in Limine (document No. 81) until the time of trial. The defendants will provide the transcript of the expert for the Court to rule on.

IT IS FURTHER ORDERED that proposed findings of fact and conclusions of law are due one week before the commencement of trial.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Paul J. Susko, Esquire
          Mark J. Kuhar, Esquire