# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

January 31, 2006

Paul J. Susko, Esquire
Mark J. Kuhar, Esquire

In re:    Sidelinger vs. Harbor Creek School District, et al.
          Civil Action No. 02-62-E

Gentlemen:

        Please be advised that the non-jury trial of the above
captioned matter will commence on Monday, March 20, 2006, in
Courtroom A, Second Floor, Federal Courthouse, Erie,
Pennsylvania.  A conference of counsel will be held at 10:00 a.m.
in chambers, with the trial commencing immediately after the
conclusion of the conference.

        The parties shall file their proposed findings of fact
and conclusions of law by no later than March 13, 2006.

        If you have any questions regarding this matter, feel
free to contact me.

                        Very truly yours,


                        s/Karen M. Wilson
                        Administrative Assistant
                        To Judge Maurice B. Cohill, Jr.