IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. SIDELINGER,            ) | |
| )| |
| Plaintiff,                      ) | |
| ) | |
| v.                              ) | Civ. No. 02-62 Erie |
| ) | |
| HARBOR CREEK SCHOOL             ) | |
| DISTRICT, et al.,               ) | |
| ) | |
| Defendants.                     ) | |

## SUPPLEMENTAL PRETRIAL ORDER

AND NOW, to-wit, this 27th day of Feb., 2006, it is hereby ORDERED, ADJUDGED, and DECREED that all exhibits must be exchanged and marked in advance of trial. Copies are to be provided for the Court in binders properly labeled ("Plaintiff's Exhibits" and Defendant's Exhibits"). Counsel shall plan to submit two copies of the Exhibit Binders at the final pretrial conference with the Court on <u>Monday, March 20, 2006 at 10:00 a.m.</u>

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    counsel of record