IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID E. SIDELINGER )
)
)
)
vs. )   Civ. No. 02-62 Erie
HARBOR CREEK SCHOOL DISTRICT )
)
)
Defendants )

HEARING ON   TRIAL

Before   JUDGE COHILL

PAUL SUSKO, ESQ.                    MARK KUHAR, ESQ.

Appear for Plaintiff                Appear for Defendant

Hearing Begun   10:00 a.m.          Hrg Adjourned to

Hrg concluded C.A.V.   4:30 p.m.    Stenographer   P. SHERMAN

WITNESSES

For Plaintiff                       For Defendant

T/ Sidelinger, Wit #1
David Smith, wit #2

Defendant's motion for judgment [granted]
at close of Plaintiff's evidence on liability.
Opinion and Order to follow granting
Judgment in favor of Defendant.