# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## HONORABLE MAURICE B. COHILL, JR.

### WITNESS LIST

CIV. NO. 02-62 Erie

CASE NAME AND NUMBER: SIDELINGER v. HARBOR CREEK SCHOOL DISTRICT
PARTY: Plaintiff          COUNSEL: PAUL SUSKO, ESQ.

| DATE | NUMBER | WITNESS NAME | OCCUPATION |
|------|--------|--------------|------------|
| 3/20/06 | 1 | DAVID E. SIDELINGER | π |
| 3/20/06 | 2 | DAVID SMITH | Superintendent of Harbor Creek Sch Dist. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |