AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __PENNSYLVANIA__

DAVID E. SIDELINGER

V.

HARBOR CREEK SCHOOL DISTRICT

**EXHIBIT AND WITNESS LIST**

Case Number: 02-0062 Erie

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Maurice B. Cohill, Jr. | Paul Susko, Esq. | Mark Kuhar, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| March 20, 2006 | P. Sherman | Richard Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Plaintiff's Witness #1** David E. Sidelinger |
| 1 | | 3/20/06 | x | x | ID Project for Harbor Creek |
| 2 | | | x | x | 3/3/2000 Letter from Superintendent Smith |
| 3 | | | x | x | 3/6/2000 Letter from Sidelinger |
| 4 | | | x | x | 3/6/2000 Letter (cover) from Sidelinger |
| 5 | | | x | x | transcription of 3/10/2000 meeting of Sidelinger and Smith |
| 6 | | | x | x | photocopy of Sidelinger's temp ID badge |
| 7 | | | x | x | 3/12/2000 email from principal Ed Zenewicz |
| 8 | | | x | x | 3/12/2000 letter from Sidelinger |
| 9 | | | x | x | 3/14/2000 letter from Smith |
| 10 | | | x | x | 3/20/2000 email from Zenewicz |
| 11 | | | x | x | 3/21/2000 letter from Smith |
| 20 | | | x | x | Page 28 of Teacher Handbook |
| 21 | | | x | x | 1999-2000 Teacher Handbook |
| 12 | | | x | x | 3/27/2000 letter from President of School Board Cynthia Himes |
| 13 | | | x | x | 3/29/2000 email from Sidelinger |
| 14 | | | x | x | 4/2/2000 email from Zenewicz |
| 15 | | | x | x | 4/3/2000 email between Sidelinger and Zenewicz |
| 16 | | | x | x | 4/3/2000 email from Smith |
| 17 | | | x | x | 4/7/2000 email from Sidelinger |
| 18 | | | x | x | 4/11/2000 Letter from Cynthia Himes and Gloria Fuller |
| 19 | | | x | x | 4/12/2000 letter from Smith [wit: Sidelinger] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | WILLAMAN | | vs. | UNITED STATES | CASE NO. 04-0028 Erie |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 22 | | 3/20/06 | x | x | Harbor Creek Document re religious activities | |
| 15 | | | x | x | 4/3/2000 email between Sidelinger and Zenewicz | |
| 27 | | | x | x | Copy of CFR regulations   [No witness - offered at close of direct] | |
| | | | | | **on cross-exam** | |
| | 1 | 3/20/06 | x | x | 3/13/2004 Deposition Transcript of Sidelinger | |
| | 32 | | x | x | 11/17/2000 Sidelinger Charges of Discrimination | |
| | 31 | | x | x | Sidelinger Letter to EEOC | |
| | 33 | | x | x | Sidelinger Allegation of Discr. by Sidelinger to EEOC (Partial) | |
| | 25 | | x | x | Sidelinger's Internet Online profiles | |
| | | | | | **Plaintiff's Witness #2** David Smith, Superintendent of Harbor Creek as on cross | |
| 23 | | | x | x | 4/24/2000 Termination Hearing transcript | |
| 24 | | | x | x | 3/13/2006 deposition transcript of Gary Smith [No witness] | |
| | | | | | entire transcript admitted, portions read into record by Plaintiff's Counsel | |

Page ___2___ of ___2___ Pages