IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. SIDELINGER, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 02-62 Erie |
| HARBOR CREEK SCHOOL DISTRICT, | ) |
| Defendant. | ) |

### ORDER

AND NOW, to-wit, this 27th day of November, 2006, after careful consideration and for the reasons set forth in the Opinion accompanying this Order, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment as a matter of law is hereby entered in favor of Defendant Harbor Creek School District and against Plaintiff David E. Sidelinger.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:  counsel of record