<u>EXHIBIT A</u>

## ITEMIZATION OF COSTS

### Sidelinger v. Harbor Creek School District
### C.A. No. 02-62E

**PHOTOCOPIES**

Knox McLaughlin Gornall & Sennett, P.C.

| Invoice No. | Period Beginning | No. of Copies | Cost per Copy | Total Cost |
|---|---|---|---|---|
| 99789 | April 2002 | 1 | .20 | $0.20 |
| 102554 | July 2002 | 10 | .20 | $2.00 |
| 104722 | August 2002 | 480 | .20 | $96.00 |
| 107527 | November 2002 | 280 | .20 | $56.00 |
| 109618 | February 2003 | 400 | .20 | $80.00 |
| 112455 | June 2003 | 299 | .20 | $59.80 |
| 114492 | August 2003 | 173 | .20 | $34.60 |
| 116942 | November 2003 | 317 | .20 | $63.40 |
| 119257 | February 2004 | 3241 | .20 | $648.20 |
| 121304 | May 2004 | 2830 | .10 | $283.00 |
| 122593 | September 2004 | 21 | .10 | $2.10 |
| 123757 | October 2004 | 3033 | .10 | $303.30 |
| 124853 | November 2004 | 4 | .10 | $0.40 |
| 127789 | April 2005 | 6 | .10 | $0.60 |
| 128971 | May 2005 | 41 | .10 | $4.10 |
| 129140 | June 2005 | 3 | .10 | $0.30 |
| 130257 | July 2005 | 1 | .10 | $0.10 |
| 131230 | August 2005 | 41 | .10 | $4.10 |
| 133542 | October 2005 | 2 | .10 | $0.20 |
| 135527 | January 2006 | 122 | .10 | $12.20 |
| 136395 | February 2006 | 250 | .10 | $25.00 |
| 137424 | March 2006 | 5014 | .10 | $501.40 |
| 137931 | April 2006 | 359 | .10 | $35.90 |
| | | | TOTAL | $2,212.90 |

Outside Copy Fees

| Date | Vendor | Amount |
|---|---|---|
| 10-25-02 | Commonwealth of Pennsylvania | $ 8.40 |
| 11-27-02 | Liberty Quick Print, Inc. | $30.26 |
| 09-04-03 | Esquire Deposition Services | $15.00 |
| 04-30-04 | Copies Now | $38.85 |
| 07-26-04 | Medical Group of Corry, Inc. | $19.80 |
| 07-30-04 | Copies Now | $21.34 |
| 07-22-05 | eBay, Inc. | $35.10 |
| 03-20-06 | Grise Audio Visual Center, Inc. | $10.60 |
| 03-21-06 | Dale Evanoff Videography | $47.70 |
| | TOTAL | $227.05 |

## PROCESS SERVER FEES

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 09-27-02 | Litigation Solutions, Inc. | | $100.00 |
| 10-25-04 | Samuel Cihon State Constable | Subpoena Service to Dennis Sidelinger | $50.00 |
| 10-25-04 | Samuel Cihon State Constable | Subpoena Service to Sally Sidelinger | $44.75 |

TOTAL $194.75

## COURT REPORTER / TRANSCRIPT FEES

| Date | Vendor | Amount |
|---|---|---|
| 06-30-03 | Ferguson & Holdnack Reporting (Invoice 8672) | $168.30 |
| 08-29-03 | Ferguson & Holdnack Reporting (Invoice 9077) | $46.20 |
| 02-02-04 | Ronald J. Bench, OCP (1-14-04 Hearing) | $49.50 |
| 03-08-04 | Ronald J. Bench, OCP (2-24-04 Hearing) | $154.00 |
| 03-17-04 | Ferguson & Holdnack Reporting (Invoice 10224) | $412.80 |
| 04-05-04 | Ronald J. Bench, OCP (3-30-04 Hearing) | $176.00 |
| 04-30-04 | Ferguson & Holdnack Reporting (Invoice 10481) | $484.80 |
| 06-25-04 | Ferguson & Holdnack Reporting (Invoice 10690) | $155.00 |
| 10-11-04 | Ronald J. Bench, OCP (9-30-04 Hearing) | $115.50 |
| 10-18-04 | Ronald J. Bench, OCP (10-7-04 Hearing) | $79.20 |
| 06-30-05 | Ferguson & Holdnack Reporting (Invoice 12653) | $232.00 |
| 03-15-06 | Dale Evanoff Videography (Deposition of Gary Smith) | $235.85 |
| 03-31-06 | Ferguson & Holdnack Reporting | $294.80 |
| 04-11-06 | Patricia W. Sherman, OCP (3-20-06 Trial) | $574.20 |

TOTAL $3,178.15

## OTHER COSTS

| Date | Description | Amount |
|---|---|---|
| 04-22-02 | Heather Willey – Postage Costs | $ 4.40 |
| 04-21-04 | Lora Hileman, Paralegal – Travel Expense | $24.38 |
| 03-21-06 | St. Thomas the Apostle Church – Postage Costs | $14.40 |
| 03-24-06 | Lori Watson, Paralegal – Travel Expense | $16.02 |

TOTAL $59.20

# 667047

2