UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
700 GRANT STREET
PITTSBURGH, PA 15219
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 3, 2007

**Paul J. Susko**
The Gideon Ball House
135 East 6th Street
Erie, PA 16501

**Mark J. Kuhar**
Knox, McLaughlin, Gornall & Sennett
120 West Tenth Street
Erie, PA 16501

Re: **SIDELINGER v. HARBOR CREEK SCHOOL DISTRICT**
Civil Action No. **1:02-cv-62 Erie**

Counsel:

Judgment was entered on the docket on November 29, 2006 in favor of the defendant upon an order granting judgment as a matter of law and no appeal has been filed. A verified Bill of Costs in the amount of $6,542.30 has been filed by the defendant. The Plaintiff shall have until **January 18, 2007** to file any objections. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

*R.V. Barth, Jr.*

Robert V. Barth, Jr.
Clerk of Court

cc: File