IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. SIDELINGER,<br>      Plaintiff | :<br>:<br>:   JUDGE MAURICE B. COHILL, JR. |
| vs. | :<br>:   Civil Action 02-62 E |
| HARBOR CREEK SCHOOL DISTRICT,<br>      Defendant | :<br>: |

**<u>ORDER</u>**

AND NOW, to-wit, this _____ day of January, 2007, it is hereby ORDERED that Paul J. Susko, Esq., be allowed to withdraw as Counsel for the Plaintiff in the above-captioned civil action pursuant to the Petition to Withdraw as Counsel for the Plaintiff that has been filed.

                                                                                            _____J.
                                                                                            Maurice B. Cohill. Jr.
                                                                                            United States District Judge