IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID E. SIDELINGER,
    Plaintiff

    vs.

HARBOR CREEK SCHOOL DISTRICT,
    Defendant

JUDGE MAURICE B. COHILL, JR.

Civil Action 02-62 E

**ORDER**

AND NOW, to-wit, this 8th day of January, 2007, it is hereby ORDERED that Paul J. Susko, Esq., be allowed to withdraw as Counsel for the Plaintiff in the above-captioned civil action pursuant to the Petition to Withdraw as Counsel for the Plaintiff that has been filed.

_____ J.
Maurice B. Cohill. Jr.
United States District Judge