IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. SIDELINGER,<br>Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No. 1:02-cv-62 Erie |
| | )<br>) |
| HARBOR CREEK SCHOOL DISTRICT,<br>Defendant | )<br>) |

## TAXATION OF COSTS

On November 29, 2006, following a non-jury trial, judgment as a matter of law was entered in favor of the defendant and entered on the docket in the above captioned case. A verified Bill of Costs was filed by the defendant. Objections were called for by January 18, 2007 and none were filed.

Therefore, costs are taxed this 19th day of January, 2007 in the amount of **$6,542.30** in favor of the defendant, Harbor Creek School District and against the plaintiff, David E. Sidelinger and are included in the judgment.

You are advised that any determination of costs by the clerk my be reviewed by the court upon motion served within five days thereafter, under Rule 54(d) of the Federal Rules of Civil Procedure.

_R.V. Barth, Jr._
Robert V. Barth, Jr.
Clerk of Court

cc: David E. Sidelinger (via U.S. mail)